E-FILED
Friday, 08 July, 2016 10:01:19 AM
Clerk, U.S. District Court, ILCD

FILED
JUN 15 2016
CLERK OF COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

# United States District Court
### CENTRAL DISTRICT OF ILLINOIS

Christopher Croom ,
          Plaintiff

vs.

David Clague
Louis Glossip
Brad Abernathy

          Defendant(s)

Case No. 4:16-cv-04018
(The case number will be assigned by the clerk)

(List the full name of ALL plaintiffs and defendants in the caption above. If you need more room, attach a separate caption page in the above format).

## COMPLAINT*

Indicate below the federal legal basis for your complaint, if known. This form is designed primarily for pro se prisoners challenging the constitutionality of their conditions of confinement, claims which are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "Bivens" action (against federal defendants). However, 42 U.S.C. § 1983 and "Bivens" do not cover all prisoners' claims. Many prisoners' legal claims arise from other federal laws. Your particular claim may be based on different or additional sources of federal law. You may adapt this form to your claim or draft your own complaint.

☒ 42 U.S.C. §1983 (state, county or municipal defendants)

☐ Action under *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971)(federal defendants)

☐ Other federal law: _____

☐ Unknown _____

*Please refer to the instructions when filling out this complaint. Prisoners are not required to use this form or to answer all the questions on this form in order to file a complaint. This is not the form to file a habeas corpus petition.

# I. FEDERAL JURISDICTION

Jurisdiction is based on 28 U.S.C. § 1331, a civil action arising under the United States Constitution or other federal law. *(You may assert a different jurisdictional basis, if appropriate).*

# II. PARTIES

A. Plaintiff:

Full Name: Christopher Croom

Prison Identification Number: 31348

Current address: 152 S. Kellogg St.
Galesburg IL. 61401

*For additional plaintiffs, provide the information in the same format as above on a separate page. If there is more than one plaintiff, each plaintiff must sign the Complaint, and each plaintiff is responsible for paying his or her own complete, separate filing fee.*

B. Defendants

Defendant #1:

Full Name: David Clague

Current Job Title: Knox County Sheriff

Current Work Address: 152 S. Kellogg St.
Galesburg, IL. 61401

Defendant #2:

Full Name: Louis Glossip

Current Job Title: Administrator

Current Work Address: 152 S. Kellogg St.
Galesburg, IL. 61401

Defendant #3:

Full Name: Brad Abernathy

Current Job Title: Chief of Operations

Current Work Address: 152 S. Kellogg St

Galesburg, IL. 61401

Defendant #4:

Full Name: _____

Current Job Title: _____

Current Work Address _____

Defendant #5:

Full Name: _____

Current Job Title: _____

Current Work Address _____

*For additional defendants, provide the information in the same format as above on a separate page.*

## III. LITIGATION HISTORY

*The "three strikes rule" bars a prisoner from bringing a civil action or appeal in forma pauperis in federal court if that prisoner has "on 3 or more occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).*

A. Have you brought any other lawsuits in state or federal court dealing with the same facts involved in this case?    Yes ☑    No ☐

If yes, please describe It has been clearly established in case # 4-16-CV-4007 Croom V. Clasue that it is illegal to discipline inmates and re-classify inmates without hearings.

B. Have you brought any other lawsuits in federal court while incarcerated?

Yes ☑    No ☐

3

C. If your answer to B is yes, how many? __2__ Describe the lawsuit(s) below.

   1. Name of Case, Court and Docket Number
   _Croom v. Clague et al 4:16-cv-4007, Croom v. Clague et al 4:15-cv-4116_

   2. Basic claim made _Constitutional Rights Violations, merit confirmed at merit review hearings_

   3. Disposition (That is, how did the case end? Was the case dismissed? Was it appealed? Is it still pending?) _both still pending_

*For additional cases, provide the above information in the same format on a separate page.*

## IV. EXHAUSTION OF ADMINISTRATIVE REMEDIES

*Prisoners must exhaust available administrative remedies before filing an action in federal court about prison conditions. 42 U.S.C. § 1997e(a). You are not required to allege or prove exhaustion of administrative remedies in the complaint. However, your case must be dismissed if the defendants show that you have not exhausted your administrative remedies, or if lack of exhaustion is clear from the complaint and its attachments. You may attach copies of materials relating to exhaustion, such as grievances, appeals, and official responses. These materials are not required to file a complaint, but they may assist the court in understanding your claim.*

A. Is there a grievance procedure available at your institution? Yes ☑ No ☐

B. Have you filed a grievance concerning the facts relating to this complaint?

   Yes ☑ No ☐

If your answer is no, explain why not _____

C. Is the grievance process completed? Yes ☑ No ☐

4

## V. STATEMENT OF CLAIM

Place(s) of the occurrence: Knox County Jail

Date(s) of the occurrence: all since 2016. Complaints 2 and 6 since Feb, 2015 when I came

State here briefly the FACTS that support your case. Describe what each defendant did to violate your federal rights. You do not need to give any legal arguments or cite cases or statutes. Number each claim in a separate paragraph. Unrelated claims should be raised in a separate civil action.

THE COURT URGES YOU TO USE ONLY THE SPACE PROVIDED. Federal Rule of Civil Procedure 8(a) requires only a "short and plain statement" of your claim showing that you are entitled to relief. It is best to include only the basic, relevant facts, including dates, places, and names.

(1) My Due Process rights continue to be violated. I am continually illegally isolated. I've been isolated for 72 hours straight, 24 hours a day without the opportunity to even shower on 3 occasions without Due Process constitutional procedural safeguards requirements afforded. No hearing before an impartial officer, No advance written or oral notice of hearing, no general written description of charges in advance of the hearing, no rights to present witnesses at hearing, no rights to confront and question accusers, and no written statements of conclusions composed by hearing officer. This totals 9 days of illegal isolation of a pre-trial detainee. I've also been re-classified to Max-security classification without the same previously mentioned procedural safeguard requirements provided. I was re-classified on 4-12-16 and was re-classified back to regular status and able to come out on 5-3-16. Max-security is 23-1 isolation, only one hour out a day. 20 more days of illegal isolation of a pre-trial detainee totaling 30 days in all. Attached doc. #'s 1-1 ←

(Inmates of Milwaukee County Jail v. Peterson 1973) (Collins v. Oliver 1974)

(2) My First Amendment Rights are being violated by "County Jails Absolute denial access to Newspapers" and "Pre-trial detainees have an unqualified right to read any publication which is legally available to the public. Detainees should not be denied the right to recieve such publications through the mail or any other source." This County Jail does not allow

5

Newspapers or any other publications in at all with no legitimate objective with total disregaurd for Constitutional Law. Attached doc. # 1-2

③ My First Amendment rights are being violated by Administrator Arbitrarily answering Grievances, not answering the ones he doesn't want to answer when "Filing inmate Grievances is a protected First Amendment activity." Attached doc. # 1-3

④ First and Fourteenth amendment retaliation, and denial access to courts, and due process. A new Policy of not allowing copies of anything at all including meaningful legal documents was instituted on or about 1-7-16 in retaliation for me filing lawsuits and is an attempt to hinder me from excercising this right. "Failure to provide inmates with law library and materials and facilities necessary for self-rep constitutes violations of Fourteenth Amendment." "The Fundamental right of access to courts requires that jail authorities assist inmates in filing and preparations of meaningful legal papers." "Filing inmate lawsuits and Prison Grievances are protected First Amendment activities." Attached doc. # 1-4. They show his arbitrary and capricious nature and disregaurd for Constitutional rights and Fed. Court requests. The Administrator is "acting deliberately in denying inmates requests for Photocopying to make copies for legal materials." The nonfrivilous argueable claim is this lawsuit and others against this Jail and Administration. "It is not reasonable for authorities to intentionally frustrate access to Courts by denying requests for copies." I will happily pay for copies but that is not an option.

⑤ Equal protection Fourteenth Amendment. Black inmates are punished more severly than white inmates. Attached doc. # 1-5

⑥ Fourteenth Amendment Due Process. Inmates are shaken down and property taken and no recipt of shakedown is given and personal property is taken and destroyed. Attached doc. # 1-6

6

(7) ~~Administra~~ Administrations defense to litigation is "They're not aware they are violating Constitutional Law." I've offered to show it to Administration in the Law Library so this unconstitutional Tyranny can Stop. The offer was refused, even though I don't have to show these violations because they are "Clearly established" Violations "through Caselaw previously elucidated in materially Similar factual Circumstances" Doc #1-7
Thank you.

## RELIEF REQUESTED

(State what relief you want from the court.)

(1) 14th Amendment Due Process violations $100,000.00 Compensatory damages and $50,000.00 Nominal/Punitive damages and $500.00 a day for each 30 days of illegal isolation (2) First Amend. denial newspapers & Publications, $50,000.00 Nominal damages and $50,000.00 Punitive damages. (3) Due Process and 1st Amend. Not filing Grievances $50,000.00 Nominal/Punitive damages (4) First and Fourteenth Amend. Violations denial access to courts, retaliation, due process $250,000.00 Compensatory relief for denial access to courts and $100,000.00 Punitive damages for retaliation and $50,000.00 for Due Process Nominal damages, (5) Equal Protection/discrimination $100,000.00 Nominal/Punitive damages. (6) Due Process 14th for no reciept of Shakedown. $50,000.00 Compensatory and $50,000.00 Punitive/nominal damages, and also $400.00 in actual damages for the filing of this suit.

JURY DEMAND    Yes [✓]    No [ ]

Signed this __5th__ day of __May__, 20__16__.

_Chris Croom_
(Signature of Plaintiff)

| Name of Plaintiff: Christopher Croom | Inmate Identification Number: 31348 |
|---|---|
| Address: 152 S. Kellogg St. | Telephone Number: |